239 So.2d 361

**NATIONAL DAIRY PRODUCTS CORPORATION**

v.

**LOUISIANA MILK COMMISSION.**

No. 50775.

Sept. 30, 1970.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

239 So.2d 362

**Amos L. BLACK**

v.

**ETHYL CORPORATION and the Travelers Insurance Company.**

No. 50780.

Sept. 30, 1970.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in the judgment.